# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY HILL,<br><br>         Plaintiff,<br><br>vs.<br><br>KIMBAL, TIREY, & ST. JOHN LLP; and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No.: 2:12-cv-01970-LRH-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff TIMOTHY HILL by counsel, and Defendant, KIMBAL, TIREY, & ST. JOHN LLP, by counsel, hereby stipulate and agree that all of Plaintiff's claims against KIMBAL, TIREY, & ST. JOHN LLP; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

- 1 -

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Date: March 27, 2013 | By: /s/ Janice E. Smith |
|  | Janice E. Smith, Esq. |
|  | Nevada Bar No. 3816 |
|  | PRICE LAW GROUP, APC |
|  | 420 S. Jones Blvd. |
|  | Las Vegas, NV 89107 |
|  | Phone: 702-794-2008 |
|  | Fax: 702-794-2009 |
|  | Email: jan@pricelawgroup.com |
|  | *Counsel for plaintiff* |
| Date: March 27, 2013 | By: /s/ Paul M. Haire |
|  | Paul M. Haire, Esq. |
|  | Nevada Bar No. 5656 |
|  | SMITH LARSEN & WIXOM |
|  | 1935 Village Center Circle |
|  | Las Vegas, Nevada 89134 |
|  | Tel: (702) 252-5002 |
|  | Fax: (702) 252-5006 |
|  | Email: pmh@slwlaw.com |
|  |  |
|  | GEORGE MALLO, ESQ. |
|  | Nevada Bar No. 5413 |
|  | 7120 Haven Street |
|  | Las Vegas, NV 89119 |
|  | 702.730.0166 |
|  | Email: g.mallo@budgetlasvegas.com |
|  |  |
|  | *Counsel for defendant* |

IT IS SO ORDERED.

March 28, 2013
DATE

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE