# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY HILL,<br><br>  Plaintiff,<br><br>vs.<br><br>KIMBAL, TIREY, & ST. JOHN LLP;<br>and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No.: 2:12-cv-01970-LRH-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff TIMOTHY HILL by counsel, and Defendant, KIMBAL, TIREY, & ST. JOHN LLP, by counsel, hereby stipulate and agree that all of Plaintiff's claims against KIMBAL, TIREY, & ST. JOHN LLP; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

- 1 -

RESPECTFULLY SUBMITTED,

Date: <u>March 27, 2013</u>

By: <u>/s/ Janice E. Smith</u>
Janice E. Smith, Esq.
Nevada Bar No. 3816
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas, NV 89107
Phone: 702-794-2008
Fax: 702-794-2009
Email: jan@pricelawgroup.com
*Counsel for plaintiff*

Date: <u>March 27, 2013</u>

By: <u>/s/ Paul M. Haire</u>
Paul M. Haire, Esq.
Nevada Bar No. 5656
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: pmh@slwlaw.com

GEORGE MALLO, ESQ.
Nevada Bar No. 5413
7120 Haven Street
Las Vegas, NV 89119
702.730.0166
Email: g.mallo@budgetlasvegas.com

*Counsel for defendant*

IT IS SO ORDERED.

March 28, 2013
DATE

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE